IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS HENDON,** | Case No. 2:10-cv-3471 CKD  P |
| Plaintiff, | **ORDER** |
| v. | |
| **T. VIRGA, et al.,** | |
| Defendant. | |

    Defendant's reply to Plaintiff's opposition to Defendant's motion to dismiss was due on Monday, October 3, 2011.  Good cause appearing, however, Defendant is granted a two-week extension, to and including Monday, October 17, 2011, to reply to Plaintiff's opposition to Defendant's motion to dismiss.

Dated: October 6, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE