IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

      Plaintiff,                No. CIV S-10-3471 KJM CKD P

  vs.

T. VIRGA, et al.,

      Defendants.      <u>ORDER</u>

                               /

          By order filed December 5, 2011, the magistrate judge assigned to this case found plaintiff to be a three-strikes inmate under 28 U.S.C. § 1915(g) who did not allege facts suggesting he was in imminent danger of serious physical injury, and revoked plaintiff's in forma pauperis status. On December 16, 2011, plaintiff filed a motion for reconsideration of that order.

          Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Having reviewed the file, the court finds the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

////

1

1     Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2 the magistrate judge filed December 5, 2011 is affirmed.
3 DATED: December 21, 2011.

_____
UNITED STATES DISTRICT JUDGE

2
hend3471.3strikes